IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| TOMMY MCGOOGAN<br>ADC #147267 | PLAINTIFF |
| v. 1:18cv00086-JM-JJV | |
| LINDA TEAGUE, LPN,<br>Grimes Unit, ADC; *et al.* | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED with prejudice as to Deangelo Earl.

Dated this 25th day of January, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE