UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TOMMY MCGOOGAN,                                                                              PLAINTIFF
ADC #147267

v.                                    1:18-cv-00086-JM-JJV

LINDA TEAGUE, LPN,
Grimes Unit, ADC; *et al.*                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This case is DISMISSED WITHOUT PREJUDICE pursuant to Local Rule 5.5(c)(2).

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE