UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TOMMY MCGOOGAN,                                                     PLAINTIFF
ADC #147267

v.                       1:18-cv-00086-JM-JJV

LINDA TEAGUE, LPN,
Grimes Unit, ADC; *et al.*                                  DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed.

Dated this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE